JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA FERRER, Guardian Ad Litem of B.F., a minor, <br><br> Petitioner, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: CV 17-03995 JDE <br><br> ORDER DISMISSING ACTION <br><br> HONORABLE JOHN D. EARLY <br> UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation, IT IS HEREBY ORDERED that the above referred action be dismissed in its entirety without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to bear their own costs and fees.

DATED: November 17, 2017

_____
HONORABLE JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE